## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rogers, Mettyzee

Printed:  8/19/08

Case Number:  08 B 05340
Judge:  Hollis, Pamela S
Filed:  3/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  July 7, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,842.00 |  |
| Secured: |  | 574.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,148.18 |
| Trustee Fee: |  | 119.73 |
| Other Funds: |  | 0.00 |
| Totals: | 1,842.00 | 1,842.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,774.00 | 1,148.18 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 19,764.68 | 574.09 |
| 4. | CitiMortgage Inc | Secured | 2,222.20 | 0.00 |
| 5. | Credit Union One | Unsecured | 148.05 | 0.00 |
| 6. | Credit Union One | Unsecured | 130.69 | 0.00 |
| 7. | Capital One | Unsecured | 164.58 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 395.33 | 0.00 |
| 9. | Nicor Gas | Unsecured | 59.56 | 0.00 |
| 10. | America's Servicing Co | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | Consumer Portfolio Services | Unsecured |  | No Claim Filed |
| 16. | DaimlerChrysler Servs North America | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 18. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 19. | First Choice Loans | Unsecured |  | No Claim Filed |
| 20. | New Century Mortgage | Unsecured |  | No Claim Filed |
| 21. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 22. | Surety Finance | Unsecured |  | No Claim Filed |
| 23. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 24. | Fairlane Credit L.L.C. | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rogers, Mettyzee

Printed:  8/19/08

Case Number:  08 B 05340

Judge:  Hollis, Pamela S

Filed:  3/6/08

| | | |
|---|---|---|
| 26.  Rnb Fields3 | Unsecured | No Claim Filed |
| 27.  Rogers & Hollands Jewelers | Unsecured | No Claim Filed |
| 28.  Advance America | Unsecured | No Claim Filed |
| 29.  HSBC Auto Finance | Unsecured | No Claim Filed |

$ 25,659.09 $ 1,722.27

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 119.73 |

$ 119.73

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

